Motion Granted; Appeal Dismissed and Memorandum
Opinion filed September 15, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00375-CV

____________

 

CRC HEALTH CORPORATION, Appellant

 

V.

 

RANDY BURCAW AND REBECCA BURCAW, Appellees

 



 

On Appeal from County Court at Law No. 1

Fort Bend County, Texas

Trial Court Cause No. 09-CCV-041022

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed April 1, 2011.  On September 8, 2011, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Chief Justice Hedges, Justices Anderson
and Christopher.